UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| CAVAMEZZE GRILL, LLC )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MEZEH-ANNAPOLIS, LLC, et al )<br>)<br>)<br>)<br>    Defendants ) | Case 8:14-cv-00355-GJH |

JOINT STATUS REPORT

COMES NOW, the Plaintiff, CAVAMEZZE GRILL, LLC, and the Defendant, MEZEH-ANNAPOLIS, LLC; MEZEH-WHEATON, LLC; SALEH MOHAMADI; and STEVE WALKER (collectively "Defendants"), by and through undersigned counsel, and in compliance with the Scheduling Order entered in this matter, provides this Status Report, stating as follows:

Status of Discovery

Plaintiff's discovery has been completed with the exception of some supplemental information requested by Plaintiff during an informal discovery conference. Plaintiff will also be providing additional discovery to Defendants based on that conference.

Defendants intend to take two (2) additional depositions in this matter, pursuant to agreement with Plaintiff's counsel to forego such further discovery pending the outcome of the settlement conference in this matter, which was held on April 17, 2015. Defendants also will be providing supplemental information to Plaintiff in response to request for same.

Pending Motions

There are no pending motions.

1

Dispositive Motions

Neither Plaintiff nor Defendants anticipate the filing of dispositive motions.

Length of Trial/Non-Jury

The parties anticipate that this matter will proceed as a 4 day jury trial.

Settlement Negotiations

The parties have spoken multiple times about settlement and conducted a settlement conference with Magistrate Day on April 17, 2015 with no success. The parties at the settlement conference were representative for Plaintiff (Brett Schulman), Plaintiff's counsel, representatives for Defendant and individual Defendants Saleh Mohamadi and Steve Walker and Defendant's counsel. Based on their discussions to date, neither Plaintiff nor Defendant believes that settlement is likely.

ADR Referral

Based on the result of the settlement conference with Magistrate Day, the parties do not feel that further ADR would be productive.

Further Proceedings

Plaintiff does not consent to have the U.S. Magistrate Judge preside over these proceedings.

Respectfully submitted,

\s\ William D. Day
WILLIAM D. DAY, #16710
Gill Sippel & Gallagher
98 Church Street
Rockville, MD 20850
(301) 251-9200

Attorney for Plaintiff

/s/ Sean T. Morris
Sean T. Morris
The Morris Law Firm, LLC
4845 Rugby Avenue, Suite 302
Bethesda, Maryland 20814
(301) 654.6570

Attorney for Defendants