# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| Cavamezze Grill, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Meze-Annapolis, LLC, <br><br> Defendant. | Civil Action No. GJH-14-00355 |

## PRETRIAL SCHEDULING ORDER

This Order confirms the trial date and pre-trial deadlines set out by the Court in the June 2, 2015 telephone status conference.

| | |
|---|---|
| August 1, 2015 | Discovery Deadline |
| November 2, 2015 | Motions *in limine* |
| November 16, 2015 | Motions *in limine* memoranda in opposition |
| December 1, 2015 | Motions *in limine* reply memoranda |
| December 1, 2015 | Pretrial Order (*see* Local Rule 106.2), and joint proposed voir dire, joint proposed jury instructions, and joint proposed special verdict forms |
| December 14, 2015, at 9:30 a.m. | Pretrial Conference/Motions *in limine* Hearing |
| January 5, 2016, at 9:30 a.m. | Jury Trial (4 day) |

Attached to this Order are the Court's standing pretrial and trial instructions. The parties are expected to familiarize themselves with these instructions and to comply with them.

Date: June 2, 2015

                                              /S/
GEORGE J. HAZEL
United States District Judge