**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**
Greenbelt Division

| | | |
|---|---|---|
| CAVAMEZZE GRILL, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 8:14-cv-00355-GJH |
| | ) | |
| MEZEH-ANNAPOLIS, LLC, et al | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

UPON Consideration of the Joint Motion to Extend Discovery it is, by the United States District Court for the District of Maryland this __29th__ day of July 2015

ORDERED, that said Motion be and hereby is granted and the following items on the Scheduling Order are rescheduled as follows:

| **ITEM** | **PRESENT DEADLINE** | **REQUESTED DEADLINE** |
|---|---|---|
| Discovery Deadline | August 1, 2015 | October 1, 2015 |
| Requests for Admissions | | October 10, 2015 |
| Motions *in limine* | November 2, 2015 | Unchanged |
| Motions *in limine* memoranda in opposition | November 16, 2015 | Unchanged |
| Motions *in limine* reply | December 1, 2015 | Unchanged |

2

| | | |
|---|---|---|
| memoranda | | |
| Pretrial Order (see Local Rule 106.2) and joint proposed voir dire, joint proposed jury instructions, and joint proposed special verdict forms | December 1, 2015 | Unchanged |
| Pretrial Conference/Motions *in limine* hearing | December 14, 2015, at 9:30 a.m. | |
| Jury Trial (4 day) | January 5, 2016, at 9:30 a.m. | |

/S/

GEORGE J. HAZEL
United States District Judge