UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| CAVAMEZZE GRILL, LLC | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 8:14-cv-00355-JFM |
| | ) | |
| MEZEH-ANNAPOLIS, LLC, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S CONSENT MOTION TO AMEND THIRD AMENDED COMPLAINT**

To:   Steve Walker
      c/o Sean Morris, Esquire, and
      THE MORRIS LAW FIRM, LLC
      4845 Rugby Avenue, Suite 302
      Bethesda, Maryland 20814

From: CAVA GROUP, INC.
      c/o William D. Day, Esquire
      98 Church Street
      Rockville, Maryland 20850

COMES NOW Plaintiff, by and through its attorney, William D. Day, with the consent of Defendants, hereby MOVES THIS Honorable Court, pursuant to FED. R. CIV. P. 15(a)(2), for an Order allowing Plaintiff to amend its Third Amended Complaint to conform to the evidence and substitute a necessary party, CAVA GROUP, Inc.. A clean copy of the proposed Fourth Amended Complaint is attached hereto and incorporated herein by reference as **Exhibit 1**. Pursuant to Rule 103 (6)(c), U.S. DIST. CT. MD. R., a red-lined copy of the Fourth Amended Complaint is attached hereto and incorporated herein by reference as **Exhibit 2.** Pursuant to Rule 103 (6)(a), U.S. DIST.

CT. MD. R., a copy of the Third Amended Complaint is attached hereto and incorporated herein by reference as **Exhibit 3**.

FED. R. CIV. P. 15(a)(2) provides that "[t]he court should freely give leave when justice so requires."  During the course of this litigation the original Plaintiff, CAVAMEZZEGRILL, LLC transferred all rights title and interest of its intellectual property to Cava Group, Inc. Defendants will not be prejudiced by the substitution of Cava Group, Inc.

Plaintiff's Counsel has obtained the consent of Defendants' Counsel.

Respectfully submitted,

 \s\ William D. Day
WILLIAM D. DAY, #16710
Gill Sippel & Gallagher
98 Church Street
Rockville, MD 20850
(301) 251-9200

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November 2015, a copy of this Motion and exhibits was sent by electronic notification to Sean Morris, Esquire, and THE MORRIS LAW FIRM, LLC, 4845 Rugby Avenue, Suite 302, Bethesda, Maryland 20814.

 \s\ William D. Day
WILLIAM D. DAY, #16710
Gill Sippel & Gallagher
98 Church Street
Rockville, MD 20850
(301) 251-9200

Attorney for Plaintiff