IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Cava Group, Inc.
    **Plaintiff**

v.   Case No. GJH-14-355

Mezeh-Annapolis, LLC, et al
    **Defendant**

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant against the Plaintiff, it is this _19th_ day of January, 2017,

**ORDERED**,

1. Judgment is entered in favor of Defendant against Plaintiff, with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

*George J. Hazel*
United States District Judge

Order of Judgment (in favor of Defendant) (Rev. 12/2000)